UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| JENNIFER ORTEGA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:14-cv-00052-LRH-VPC |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | O R D E R |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#17[1]) entered on October 2, 2014, recommending denying Plaintiff's Motion for Reversal and/or Remand (#13) filed on July 9, 2014, and granting Defendant's Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal (#14) filed on August 7, 2014. Plaintiff filed her Objections to Report and Recommendation Denying Her Motion for Summary Judgment and Granting Defendant's Opposition and Memorandum and Points and Authorities (#18) on October 15, 2014, and Defendant filed her Response to Plaintiff's Objections to Report and Recommendation (#19) on October 15, 2014. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

///

---

[1] Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the plaintiff, the response of the defendant, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#17) entered on October 2, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#17) entered on October 2, 2014, is adopted and accepted, and Plaintiff's Motion for Reversal and/or Remand (#13) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal (#14) is GRANTED.

IT IS SO ORDERED.

DATED this 3rd day of November, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE